UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **AMANDA BERGERON** | **CIVIL ACTION NO. 6:16-CV-01043** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **CAROLYN W. COLVIN** | **MAGISTRATE JUDGE WHITEHURST** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) with instructions to (1) properly evaluate the severity of each of the claimant's impairments and the combination of her impairments, including but not limited to her obesity, (2) properly evaluate the claimant's medical evidence, and (3) properly evaluate the claimant's credibility.

THUS DONE AND SIGNED in Monroe, Louisiana, on this 25th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE